# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Jeffrey D. Ludwig          Debtor(s)          **Case No.:** 17-14422
                                              **Chapter:** 7

AMENDED
## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Capital One Auto Finance.

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**     Tuesday, June 13, 2017 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2315 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on   May 26, 2017 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)