**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Jeffrey D. Ludwig          Debtor(s)          Case No.: 17-14422
                                              Chapter: 7

AMENDED
**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Capital One Auto Finance.

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**    Tuesday, June 13, 2017 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2315 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on   May 26, 2017 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 17-14422-JNP
Jeffrey D. Ludwig                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: May 26, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 26 2017 22:03:12
                Capital One Auto Finance, a division of Capital On,    Ascension Capital Group,
                P.O. Box 165028,    Irving, TX 75016-5028
                                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Debtor Jeffrey D. Ludwig doug.stanger@flastergreenberg.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com;doug.stanger@ecf.inforuptc
               y.com;lillian.felici@ecf.inforuptcy.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 5