Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−14422−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeffrey D. Ludwig
  4 Aspen Lane
  Egg Harbor Township, NJ 08234

Social Security No.:
  xxx−xx−2656

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on July 12, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 12
Order Denying Approval of Reaffirmation Agreement. (related document:12 Reaffirmation Agreement filed by Creditor Capital One Auto Finance, a division of Capital One, N.A. Department). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/11/2017. (cmf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 12, 2017
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                           Case No. 17-14422-JNP
Jeffrey D. Ludwig                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Jul 12, 2017
                        Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 12 2017 23:25:42
      Capital One Auto Finance, a division of Capital On,   Ascension Capital Group,
      P.O. Box 165028,   Irving, TX 75016-5028
                                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Douglas S. Stanger    on behalf of Debtor Jeffrey D. Ludwig doug.stanger@flastergreenberg.com, jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com;doug.stanger@ecf.inforuptcy.com;lillian.felici@ecf.inforuptcy.com
        Thomas J Subranni     trustee@subranni.com, szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
        Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com, szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                   TOTAL: 5