In Re:

Jeffrey D. Ludwig

Case No.: 17-14422 -JNP
Adv. No.:
Hearing Date:  7/11/2017

**Order Filed on July 11, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

## ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through __2__ is hereby
**ORDERED.**

**DATED: July 11, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

The Reaffirmation Agreement

between the Debtor(s) and <u>Capital One Auto</u>

<u>    Finance    </u>    is:

      (Creditor)

_____ Approved

___XX___ Disapproved.

However, the Court finds and concludes that the Debtor(s) has fully complied with deadlines of

11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h).  Accordingly, Creditor must seek further

order of this Court in order to exercise any remedies under the subject installment agreement

with respect to any pre-petition non-monetary defaults thereunder.

**IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

A secured creditor does not violate the automatic stay imposed by § 362 of the
Code or the discharge injunction imposed by § 524 of the Code when it sends any
of the following documents to the debtor:

(1)                                                             a regular monthly
statement or payment coupon;

(2)                                                             a reminder statement
which is informational only and does not demand payment;

(3)                                                             a notice of the status of
an escrow account, including a notice regarding calculation of a new monthly payment
based on a change in the property tax or insurance premium; or

(4)                                                             a notice of an adjustment
to a variable rate monthly mortgage payment resulting from a change in the interest rate.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-14422-JNP
Jeffrey D. Ludwig                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jul 12, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db            +Jeffrey D. Ludwig,    4 Aspen Lane,   Egg Harbor Township, NJ 08234-8333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Debtor Jeffrey D. Ludwig doug.stanger@flastergreenberg.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com;doug.stanger@ecf.inforuptc
           y.com;lillian.felici@ecf.inforuptcy.com
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
           tions.com;hinnaurato@subranni.com
          Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
           szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
           tions.com;hinnaurato@subranni.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 5